NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILHEMINA LUMPKIN,**

*Plaintiff-Appellant*

**v.**

**KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,**

*Defendant-Appellee*

---

2023-1159

---

Appeal from the United States District Court for the District of Connecticut in No. 3:20-cv-01516-RAR, Magistrate Judge Robert A. Richardson.

---

**ON MOTION**

---

Before TARANTO, MAYER, and STOLL, *Circuit Judges.*

PER CURIAM.

#### **O R D E R**

Wilhemina Lumpkin has filed an appeal from a final judgment of the United States District Court for the District of Connecticut affirming the denial of her application for social security disability benefits. Appellee moves to

transfer Ms. Lumpkin's appeal to the United States Court of Appeals for the Second Circuit. Ms. Lumpkin moves in opposition of transfer. We grant the appellee's motion.

Ms. Lumpkin's appeal does not fall within the limited authority that Congress granted this court to review decisions of federal district courts under 28 U.S.C. § 1295(a). That jurisdiction is limited to cases arising under the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see* § 1295(a)(4)(C); or certain damages claims against the United States "not exceeding $10,000 in amount," 28 U.S.C. § 1346(a)(2), *see* 28 U.S.C. § 1295(a)(2). This case does not fall into any of those categories.

When this court lacks jurisdiction, we may transfer to another court, if it is in the interest of justice, where "the action or appeal could have been brought at the time it was filed." 28 U.S.C. § 1631. Appeals from district court decisions issued under 42 U.S.C. § 405(g) generally belong in the regional circuit in which the district court sits, in this case the Second Circuit.

Accordingly,

IT IS ORDERED THAT:

The appellee's motion is granted, and Ms. Lumpkin's motion is denied. Pursuant to 28 U.S.C. § 1631, this case and all transmittals are transferred to the United States Court of Appeals for the Second Circuit.

FOR THE COURT

January 31, 2023                         /s/ Peter R. Marksteiner
Date                                    Peter R. Marksteiner
                                        Clerk of Court